

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED IN PART AND REVERSED IN PART. The judgment is AFFIRMED in all respects other than the denial to MedFinManager, LLC. of attorney's fees related to its promissory estoppel claim; the judgment is REVERSED insofar as it denies MedFinManager, LLC. recovery of attorney's fees related to its promissory estoppel claim.

The cause is REMANDED to the trial court for a determination, consistent with this court's opinion, of MedFinManager, LLC's attorney's fees related to its promissory estoppel claim.

It is ORDERED that each party shall bear its own costs on appeal.

SIGNED August 25, 2021.

Rebeca C. Martinez, Chief Justice